*E-Filed 10/25/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEO RAYMOND SAUSEDO, | No. C 12-1636 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| J. CHOATE, Warden, | |
| Respondent. | |

This is a federal habeas corpus action. Mail sent by the Court to petitioner was returned as undeliverable more than 60 days ago. Accordingly, the action is hereby DISMISSED because petitioner failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b). The order to show cause (Docket No. 3) is VACATED, and the parties are relieved of the obligations imposed by that order. The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: October 25, 2012

RICHARD SEEBORG
United States District Judge

No. C 12-1636 RS (PR)
ORDER OF DISMISSAL