*E-Filed 6/20/13*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LEO RAYMOND SAUSEDO, | No. C 12-1636 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| J. CHOATE, | |
| Respondent. | |

Respondent's motion to extend time to file a response to the order to show cause (Docket No. 12) is GRANTED. Such response shall be filed on or before August 15, 2013. The Clerk shall terminate Docket No. 12.

**IT IS SO ORDERED**.

DATED: June 20, 2013

RICHARD SEEBORG
United States District Judge