*E-Filed 8/27/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEO RAYMOND SAUSEDO,<br><br>    Petitioner,<br><br>    v.<br><br>J. CHOATE,<br><br>    Respondent. | No. C 12-1636 RS (PR)<br><br>**ORDER EXTENDING TIME** |

Petitioner's motion to extend time to file a traverse (Docket No. 15) is GRANTED. The traverse shall be filed on or before October 15, 2013. The Clerk shall terminate Docket No. 15.

**IT IS SO ORDERED**.

DATED: August 27, 2013

                            RICHARD SEEBORG
                            United States District Judge